No. 57573.—Norda Essential Oil & Chemical Co., Inc. v. United States, protests 180770–K and 203238–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of the essential and distilled oil of amyris balsamifera similar in all material respects to that the subject of Abstract 54349, the claim of the plaintiff was sustained.

No. 57574.—W. J. Bush & Co., Inc., et al. v. United States, protests 165359–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of Orbis Products Corp. v. United States (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 29, 1953

No. 57575.—The Danwill Company v. United States, protest 174057–K (New York).

Opinion by LAWRENCE, J.  It was stipulated that certain items of the merchandise consist of lead scrap of which metal is the component material of chief value and that it is secondhand and fit only to be remanufactured.  Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, supra, and is properly entitled to free entry.